# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| GLEN LANGLEY AND, | § | |
| ANITA LANGLEY, | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. 4:12-cv-00456 |
| vs. | § | |
| | § | |
| ENHANCED RECOVERY | § | |
| COMPANY, LLC, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Southern District Bar No. 1045205
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## CERTIFICATE  OF SERVICE

I certify that on March 29, 2012, I electronically filed the foregoing document

with the clerk of the U.S. District Court, Southern District of Texas, Houston Division

using the electronic case filing system of the court.


/s/  Dennis R. Kurz
Dennis R. Kurz